EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> José J. Velázquez Quiles | 2013 TSPR 28 <br><br> 188 DPR ____ |

Número del Caso: TS-8247

Fecha: 4 de marzo de 2013

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

  José J. Velázquez Quiles          TS-8247

RESOLUCIÓN

San Juan, Puerto Rico, a 4 de marzo de 2013.

Examinada la *Moción Informativa*, se ordena la reinstalación del Lcdo. José J. Velázquez Quiles exclusivamente al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez proveería no ha lugar.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo